■ ALLIED LUGGAGE CORPORATION, Respondent, v. CLEFF REALTY CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ EVELYN BRODY, Appellant, v. BARNIE BRODY, Respondent.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ CELESTIAL MERCANTILE CORPORATION, Respondent, v. PAUL KRELLEN-STEIN, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ JUANITA JONES, Appellant, v. WENDY REALTY, INC., et al., Respondents.— The order denying this case a preference under rule V of the New York County Supreme Court Trial Term Rules should be affirmed. The only claimed injury which would warrant a preference is an alleged herniated intervertebral disc. If there were merely a difference of opinion between the doctors as to the existence of such an injury we would be inclined to grant the preference. But here the affidavit of plaintiff's own doctor does not state that she has a herniated disc with that degree of certainty which would be required to present such an issue to the jury. In the circumstances we are left entirely to speculation as to her claim. Order affirmed, with $20 costs and disbursements. The appeal from the order of the Supreme Court, New York County, entered on the 10th day of April, 1956 is dismissed. Concur — Peck, P. J., Rabin, Frank and Valente, JJ. [Also printed ante, p. 854.]

## (October 10, 1957)

■ CLAREMONT PAPER CORPORATION OF NEW YORK v. JOHN D. WILSON et al.— Motion to dismiss unanimously granted, with $10 costs. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ SAUL ELFENBEIN v. NEW YORK CITY OMNIBUS CORPORATION et al.— Motion to dismiss appeal unanimously granted, with $10 costs. Concur — Brietel, J. P., Botein, Frank, Valente and McNally, JJ.

■ SAUL ELFENBEIN v. NEW YORK CITY OMNIBUS CORPORATION et al.— Motion to dismiss appeal unanimously granted, with $10 costs. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ OVERSEAS RAW MATERIALS CORPORATION et al. v. VICTOR B. COSTER.— Motion to dismiss appeal unanimously granted, with $10 costs. Concur — Brietel, J. P., Botein, Frank, Valente and McNally, JJ.

■ GUSTAVE B. GARFIELD, Appellant-Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Respondents-Appellants.— Motion to dismiss appeal unanimously granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See post, p. 863.]

■ GUSTAVE B. GARFIELD, Appellant-Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Respondents-Appellants.— Motion to dismiss appeal unanimously granted. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See post, p. 863.]

■ J. RADLEY METZGER CO., INC. v. CHARLES FAY, as President of Local 485 of the International Union of Electrical Radio and Machine Workers, et al. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See ante, p. 436.]